ACCEPTED
03-15-00032-CV
5625443
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/10/2015 3:33:49 PM
JEFFREY D. KYLE
CLERK

# IN THE COURT OF APPEALS
## FOR THE 3RD DISTRICT, AT AUSTIN, TEXAS
## CAUSE NUMBER 03-15-00032-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/10/2015 3:33:49 PM
JEFFREY D. KYLE
Clerk

## SAM LOEB, JR. AND MOSAIC POOL & SPA, INC., APPELLANTS

## V.

## CLINT JONES AND ANGIE JONES, APPELLEES

## APPELLANTS' MOTION TO DISMISS

Pursuant to Rule 42, Tex. R. App. Proc., Appellants Sam Loeb, Jr. and Mosaic Pool & Spa, Inc. file this Motion to Dismiss and would show the Court:

1.  All parties to this case have entered into a settlement agreement.

2.  Appellants no longer wish to prosecute this appeal and ask that this Court dismiss this proceeding.

Respectfully submitted,

By: _____
Michael Floreani
SBN: 07157725
Email: floreanilaw@gmail.com
13500 Ranch Rd. 12, Ste. E
Wimberley, TX 78676
Telephone: 722-3692
Facsimile: 532-6594

Attorney for Appellants

## CERTIFICATE OF CONFERENCE

I certify that on June 10, 2015 I conferred with counsel for Appellees regarding this Motion to Dismiss and the motion is not opposed.

_____
Michael Floreani


## CERTIFICATE OF SERVICE

I certify that on June 10, 2015 a true and correct copy of Appellants' Motion to Dismiss was served to each person listed below by the method indicated.

_____
Michael Floreani
E-mail: floreanilaw@gmail.com


Clint Jones
Attorney for Clint Jones and Angie Jones
E-mail: clint@thevillageatwolfcreek.com
Date: June 10, 2015 Time: 2:52 p.m. CST
Document was Electronically Served, and
Electronic Transmission was Reported as Complete